USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE F: 11/25/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. –

ANTHONY BRICE,

Defendant.

**ORDER**

10 Cr. 391 (CM)

WHEREAS, a hearing has been set by this Court for December 2, 2019 to hear evidence concerning reported violations of the conditions of supervised release by the defendant, Anthony Brice; and

WHEREAS, the Government has requested access to the case file maintained by the United States Probation Office for the Southern District of New York (the "Probation Office") for the defendant, Anthony Brice, in order to both prepare for the hearing and comply with the Government's obligations pursuant to Federal Rule of Criminal Procedure 26.2, 18 U.S.C. § 3500, *Brady v. Maryland*, 373 U.S. 83 (1963), *United States v. Giglio*, 405 U.S. 763 (1972), and their progeny;

IT IS HEREBY ORDERED that the Probation Office make available the complete case file maintained for the defendant, Anthony Brice, to the Government; and

IT IS FURTHER ORDERED that the Government may disclose to the defendant, Anthony Brice, and his counsel such parts of the Probation Office's case file for Brice as the Government determines is necessary to provide under case law, as will

be used as an exhibit at any hearing concerning Brice, or as the Government determines is otherwise prudent to disclose to Brice, subject to such protective orders or agreements as are appropriate.

SO ORDERED:

Dated: November 25, 2019
       New York, New York

*[signature]*

———————————————————
THE HONORABLE COLLEEN McMAHON
CHIEF UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK