# SAPONE & PETRILLO, LLP

William S. Petrillo, Esq., Partner
Edward V. Sapone, Esq., Partner

Chase S. Ruddy, Esq., Senior Associate
Michael Vitaliano, Esq., Associate

**MANHATTAN**
1 Penn Plaza, Suite 5315
New York, New York 10119
Telephone: (212) 349-9000
Facsimile: (212) 349-9003
E-mail: ed@saponepetrillo.com

**LONG ISLAND**
1103 Stewart Avenue, Suite 200
Garden City, New York 11530
Telephone: (516) 678-2800
Facsimile: (516) 977-1977
E-mail: william@saponepetrillo.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/2020

January 2, 2020

Hon. Colleen McMahon
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

OK
[signature]
1/6/2020

Re:   *United States v. Anthony Brice*
      Docket No.: 10-CR-391

Dear Judge McMahon:

I am CJA counsel to Defendant Anthony Brice in the above-referenced case. Mr. Brice is scheduled to appear for sentencing on a violation of supervised release on Monday, January 6, 2020.

I write to respectfully request a two-week adjournment of the sentencing hearing. I am currently scheduled to begin a brief bench trial in Nassau County next week in *People v. William Hasper*. For this reason, and because we are still collecting documents which speak to the factors of 18 U.S.C. §3353(a), and which will form an important part of my submission for the Court's consideration at sentencing, I am respectfully requesting this short adjournment.

I have spoken with the government, by AUSA Michael Maimin, and they do not object to this application.

The Court's consideration is greatly appreciated.

Respectfully submitted,

/s/ *Edward V. Sapone*
Edward V. Sapone

cc:   AUSA Michael Maimin
      AUSA Xander Li